CRAIG J. MARIAM  (SBN: 225280)
cmariam@grsm.com
ALISON M. PRINGLE  (SBN: 319995)
apringle@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone:  (213) 270-7856
Facsimile:  (213) 680-4470

Attorneys for Defendant
TERRACYCLE, INC.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> TERRACYCLE, INC., a Delaware corporation, d/b/a WWW.TERRACYCLE.COM, <br><br> Defendant. | Case No. 25-CV-2535-TWR-MMP <br> Judge: Hon. Todd W. Robinson <br><br> *[San Diego County Superior Court Case No. 25CU043591C]* <br><br> **DEFENDANT TERRACYCLE, INC.'S ANSWER AND AFFIRMATIVE DEFENSES** <br><br> Complaint filed: August 19, 2025 <br> Trial Date: None Set <br><br> **[JURY TRIAL DEMANDED]** |

## ANSWER

Defendant Terracycle, Inc. ("Defendant") hereby answers Plaintiff Rebeka Rodriguez's ("Plaintiff") Complaint (the "Complaint") as follows:

Except as otherwise expressly recognized herein, Defendant denies each and every allegation contained in the Complaint.  Defendant states that the headings, sub-headings, and footnotes throughout the Complaint do not constitute well-pled allegations of Complaint and therefore require no response.  To the extent a response is required, Defendant denies the allegations in the headings, subheadings

-1-
DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

and footnotes in the Complaint.  Defendant expressly reserves the right to seek to amend and/or supplement its Answer as may be necessary.

## INTRODUCTION

1.    Responding to Paragraph 1, Defendant denies the allegations in Paragraph 1.

2.    Responding to Paragraph 2, Defendant denies the allegations in Paragraph 2.

3.    Responding to Paragraph 3, Paragraph 3 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3, and on that basis denies those allegations.  To the extent the allegations in Paragraph 3 reference, quote, or rely on third party materials, the cited sources speak for themselves and are the best evidence of their contents.

4.    Responding to Paragraph 4, Paragraph 4 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 4.

## JURISDICTION AND VENUE

5.    Responding to Paragraph 5, Paragraph 5 states opinions and legal conclusions to which no responsive pleading is required.

6.    Responding to Paragraph 6, Defendant denies the allegations in Paragraph 6.

7.    Responding to Paragraph 7, Paragraph 7 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 7.

/ / /

/ / /

/ / /

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA  90071

DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

## PARTIES

8.      Responding to Paragraph 8, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8, and on that basis denies those allegations.

9.      Responding to Paragraph 9, Defendant admits that it is a New Jersey-based recycling company and that its website is accessible to consumers in California.  Except as otherwise stated, Defendant denies the allegations in Paragraph 9.

## FACTUAL ALLEGATIONS

10.      Responding to Paragraph 10, Defendant admits that owns and operates the website accessible at https://www.terracycle.com.  Except as otherwise stated, Defendant denies the allegations in Paragraph 9.

11.      Responding to Paragraph 11, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11, and on that basis denies those allegations.

12.      Responding to Paragraph 12, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12, and on that basis denies those allegations.

13.      Responding to Paragraph 13, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13, and on that basis denies those allegations.

14.      Responding to Paragraph 14, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14, and on that basis denies those allegations.  To the extent the allegations in Paragraph 14 reference, quote, or rely on third party materials, the cited sources speak for themselves and are the best evidence of their contents.

15.      Responding to Paragraph 15, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

15, and on that basis denies those allegations. To the extent the allegations in Paragraph 15 reference, quote, or rely on third party materials, the cited sources speak for themselves and are the best evidence of their contents.

16. Responding to Paragraph 16, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16, and on that basis denies those allegations.

17. Responding to Paragraph 17, Paragraph 17 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Defendant denies the allegations in Paragraph 17.

18. Responding to Paragraph 18, to the extent the allegations in Paragraph 18 reference, quote, or rely on third party materials, the cited sources speak for themselves and are the best evidence of their contents.

19. Responding to Paragraph 19, Paragraph 19 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Defendant denies the allegations in Paragraph 19.

20. Responding to Paragraph 20, Paragraph 20 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Defendant denies the allegations in Paragraph 20. Further, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20, and on that basis denies those allegations.

21. Responding to Paragraph 21, Paragraph 21 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Defendant denies the allegations in Paragraph 21. Further, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21, and on that basis denies those allegations.

22. Responding to Paragraph 22, Paragraph 22 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Defendant denies the allegations in Paragraph 22.

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

-4-

DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA  90071

23. Responding to Paragraph 23, to the extent the allegations in Paragraph 23 reference, quote, or rely on third party materials, the cited sources speak for themselves and are the best evidence of their contents.

24. Responding to Paragraph 24, Paragraph 24 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 24.

25. Responding to Paragraph 25, Paragraph 25 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 25.

26. Responding to Paragraph 26, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26, and on that basis denies those allegations.  Further, Paragraph 26 states opinions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 26.

27. Responding to Paragraph 27, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27, and on that basis denies those allegations. Further, Paragraph 27 states opinions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 27.

28. Responding to Paragraph 28, Paragraph 28 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 28.

29. Responding to Paragraph 29, Paragraph 29 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 29.

30. Responding to Paragraph 30, Paragraph 30 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 30.

DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

31.    Responding to Paragraph 31, Paragraph 31 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 31.

32.    Responding to Paragraph 32, Paragraph 32 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 32.

33.    Responding to Paragraph 33, Paragraph 33 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 33.

34.    Responding to Paragraph 34, Paragraph 34 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 34.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

35.    Responding to Paragraph 35, Paragraph 35 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 35.

36.    Responding to Paragraph 36, Paragraph 36 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 36.

37.    Responding to Paragraph 37, Paragraph 37 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 37.

38.    Responding to Paragraph 38, Paragraph 38 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 38.

39.    Responding to Paragraph 39, Paragraph 39 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA  90071

-6-

response is required, Defendant denies the allegations in Paragraph 39.  Further, to the extent the allegations in Paragraph 39 reference, quote, or rely on third party materials, the cited sources speak for themselves and are the best evidence of their contents.

40.     Responding to Paragraph 40, Paragraph 40 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 40.  Further, Defendant denies that Plaintiff is entitled to any of the relief sought in Paragraph 40.

## SECOND CAUSE OF ACTION

41.     Responding to Paragraph 41, Paragraph 41 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 41 to the extent Plaintiff alleges Defendant violated the statutes cited.

42.     Responding to Paragraph 42, Paragraph 42 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 42 to the extent Plaintiff alleges Defendant violated the statutes cited.  Further, to the extent the allegations in Paragraph 42 reference, quote, or rely on third party materials, the cited sources speak for themselves and are the best evidence of their contents.

43.     Responding to Paragraph 43, Paragraph 43 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 43 to the extent Plaintiff alleges Defendant violated the statutes cited.  Further, to the extent the allegations in Paragraph 43 reference, quote, or rely on third party materials, the cited sources speak for themselves and are the best evidence of their contents.

44.     Responding to Paragraph 44, Paragraph 44 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any

DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA  90071

response is required, Defendant denies the allegations in Paragraph 44 to the extent Plaintiff alleges Defendant violated the statutes cited.  Further, to the extent the allegations in Paragraph 44 reference, quote, or rely on third party materials, the cited sources speak for themselves and are the best evidence of their contents.

45.    Responding to Paragraph 45, Paragraph 45 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 45.

46.    Responding to Paragraph 46, Paragraph 46 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 46.

47.    Responding to Paragraph 47, Paragraph 47 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 47.  Further, Defendant denies that Plaintiff is entitled to any of the relief sought in Paragraph 47.

### THIRD CAUSE OF ACTION

48.    Responding to Paragraph 48, Paragraph 48 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 48.

49.    Responding to Paragraph 49, Paragraph 49 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 49.

50.    Responding to Paragraph 50, Paragraph 50 states opinions and legal conclusions to which no responsive pleading is required.  To the extent any response is required, Defendant denies the allegations in Paragraph 50.

/ / /

/ / /

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA  90071

-8-

DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

**PRAYER**

Defendant denies the allegations contained in the Prayer and denies that Plaintiff is entitled to any of the requested relief.

**AFFIRMATIVE DEFENSES**

Defendant sets forth below its affirmative defenses. By enumerating the subjects below as affirmative defenses, Defendant does not concede that any such matter is an affirmative defense, as opposed to an element of Plaintiff's claim as to which they bear the burden of proof. Defendant does not assume the burden of proving any Complaint, issue, or element of a cause of action where such burden properly belongs to Plaintiff. Moreover, nothing stated herein is intended to or shall be construed as an acknowledgement that any particular issue or subject matter necessarily is relevant to Plaintiff's allegations.

**FIRST AFFIRMATIVE DEFENSE**

**(Limitation of Liability)**

The claims of Plaintiff are barred in whole or in part by limitation-of-liability provisions contained in the parties' agreements including, but not limited to, terms of service to which Plaintiff agreed.

**SECOND AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

The claims of Plaintiff are barred in whole or in part because Plaintiff lacks standing to assert any or all of the causes of action alleged.

**THIRD AFFIRMATIVE DEFENSE**

**(Lack of Article III Standing)**

The claims of Plaintiff are barred in whole or in part because Plaintiff lacks standing under Article III of the United States Constitution.

-9-

DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

## FOURTH AFFIRMATIVE DEFENSE

### (Primary Jurisdiction Doctrine)

The claims of Plaintiff are barred in whole or in part by the doctrine of primary jurisdiction.

## FIFTH AFFIRMATIVE DEFENSE

### (Preemption)

The claims of Plaintiff are barred and preempted in whole or in part by federal law.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

The claims of Plaintiff are barred in whole or in part by the doctrine of waiver.

## SEVENTH AFFIRMATIVE DEFENSE

### (Estoppel)

The claims of Plaintiff are barred in whole or in part by the doctrine of estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

### (Violation of First Amendment and Free Speech Rights)

The claims of Plaintiff are barred in whole or in part because Plaintiff's claims violate Defendant's free speech rights under the First Amendment of the United States Constitution and under the Free Speech Clause to the California Constitution. Cal. Const. art. 1, § 2.

## NINTH AFFIRMATIVE DEFENSE

### (Violation of Additional Constitutional Rights)

The claims of Plaintiff are barred in whole or in part because (a) said claims constitute an impermissible burden on interstate commerce in violation of Article I, Section 8 of the United States Constitution; (b) said claims violate the Excessive Fines Clause of the Eighth Amendment to the United States Constitution; (c) said

DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

claims violate Defendant's right to Due Process under the Fifth and Fourteenth Amendment of the United States Constitution and under the California Constitution; (d) said claims contravene the constitutional prohibition against vague and overbroad laws; (e) said claims reflect an unlawful delegation of prosecutorial power to private parties in violation of Article II of the United States Constitution, the separation of powers doctrine, and the provisions of Article V of the California Constitution; (f) an award on said claims would work an unlawful taking of property in violation of the Fifth and Fourteenth Amendments of the United States Constitution and Article I, Section 19 of the California Constitution, and (g) would violate the Contracts Clauses of the United States and California Constitutions.

**TENTH AFFIRMATIVE DEFENSE**

**(Consent and/or Ratification)**

Plaintiff has consented to and/or ratified the conduct alleged in the Complaint.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Conduct of Other Parties)**

Plaintiff is not entitled to any recovery from Defendant because any alleged injury was caused in whole or in part by acts or omissions of persons or entities other than Defendant.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

The claims of Plaintiff are barred in whole or in part by the applicable statute of limitation.

/ / /

/ / /

/ / /

/ / /

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

-11-

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA  90071

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

The claims of Plaintiff are barred in whole or in part by the doctrine of unclean hands from maintaining each and every purported claim against Defendant, or from recovering any damages thereunder from Defendant.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Laches)

The claims of Plaintiff are barred in whole or in part by the doctrine of laches.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

The claims of Plaintiff are barred in whole or in part by her failure to mitigate damages.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (No Actionable Disclosure)

The claims of Plaintiff are barred in whole or in part because there was no actionable disclosure under any applicable law.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (No Punitive Damages)

Punitive damages are not recoverable by Plaintiff.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Comparative Negligence)

The claims alleged are barred or must be reduced under the doctrine of comparative negligence.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Contributory Negligence)

The claims alleged are barred or must be reduced under the doctrine of contributory negligence.

DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Intervening and Superseding Causes)**

Each claim is barred, in whole or in part, by the independent, intervening, illegal conduct, and/or superseding acts of Plaintiff, third-parties or other parties or persons including, but not limited to, Plaintiff, without Defendant's participation, control, involvement, or knowledge.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Equitable and/or Comparative Indemnity)**

Any damages or other recovery to which Plaintiff may be entitled were caused in whole or in part by the wrongful acts or omissions of persons or entities other than Defendant, whereas, any acts or omissions of Defendant were without negligence or unlawfulness of any kind and were secondary to such other persons or entities. To the extent Defendant is found liable in any amount, Defendant is entitled to complete or partial equitable indemnity from such other parties.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Contractual Indemnity)**

Any damages or other recovery to which Plaintiff may be entitled were caused in whole or in part by the wrongful acts or omissions of persons or entities other than Defendant, whereas, any acts or omissions of Defendant were without negligence or unlawfulness of any kind and were secondary to such other persons or entities. To the extent Defendant is found liable in any amount, Defendant is entitled to complete or partial contractual indemnity from such other parties.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(Compliance with Obligations)**

The claims of Plaintiff are barred, in whole or in part, by Defendant's compliance with obligations imposed under applicable state and federal statutes.

/ / /

/ / /

-13-

DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(Consent)**

Each of the alleged claims is barred, in whole or in part, because the actions complained of were taken with the consent of the relevant individual.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

**(Information Publicly Available)**

Each of the alleged claims is barred, in whole or in part, because Plaintiff's alleged information is publicly available through other sources.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

**(Release or License)**

Each of the alleged claims is barred, in whole or in part, because the actions complained of were taken subject to a release or license provided by the relevant individual.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Disclosure)**

Each of the alleged claims is barred, in whole or in part, because the actions complained of were adequately disclosed to the relevant individual.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

**(No Attorneys' Fees)**

The Complaint does not state a claim against Defendant which gives rise to a right for Plaintiff to obtain an award of attorneys' fees.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

**(Assumption of Risk)**

Each of the alleged claims is barred, in whole or in part, because Plaintiff assumed the risk her information could be collected and/or disclosed to third parties in light of cautionary disclosures in the agreements pertinent to Plaintiff's claims.

///

-14-

DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA  90071

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

## THIRTIETH AFFIRMATIVE DEFENSE

### (Notice)

Each of the alleged claims is barred, in whole or in part, because proper and timely notice was provided under all state and federal statutes regarding the collection and/or disclosure, if any, of information.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

### (Speculative and/or Uncertain Damages)

Plaintiff's prayer for relief and damages is speculative and/or uncertain and not caused by any acts or omissions on the part of Defendant.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### (Informed Consent)

Each of the alleged claims is barred, in whole or in part, by the doctrine of informed consent.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

### (Offset)

Should Defendant be held liable to Plaintiff, which liability is specifically denied, Defendant would be entitled to a set off for the total of all amounts paid to Plaintiff from all collateral sources. In any event Plaintiff is entitled to any relief, Defendant is entitled to a recoupment right or set-off for the value of Plaintiff's use of the product, sale of the product, or other permissible reductions or offsets and other or further relief to prevent any unjust enrichment.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

### (Arbitration Agreement)

Each of the alleged claims is barred, in whole or in part, because this dispute is subject to an arbitration agreement with Plaintiff such that this matter is properly brought before a qualified arbitrator rather than in the instant Court. Defendant expressly reserves the right to enforce such provisions and does not waive the right to enforce its rights by filing this Answer.

-15-

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

### (No Injury)

Each of the alleged claims is barred, in whole or in part, because Plaintiff has suffered no actual injury and, thus, cannot recover from Defendant.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

### (Jurisdiction)

Each of the alleged claims is barred, in whole or in part, because this Court lacks personal jurisdiction over Defendant.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

### (Reservation of Additional Defenses)

Defendant reserves the right to assert other defenses as discovery progresses. Additionally, Defendant specifically reserves all affirmative or other defenses that it may have against Plaintiff.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a trial by jury on all issues so triable.

## DEFENDANT'S PRAYER FOR RELIEF

WHEREFORE, Defendant prays as follows:

1.    That Plaintiff takes nothing by reason of her Complaint;

2.    That Defendant be awarded its costs and expenses of suit, including reasonable attorneys' fees; and

3.    For such other and further relief as the Court deems just and proper.

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Dated: October 2, 2025

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Craig J. Mariam*
    Craig J. Mariam
    Alison M. Pringle
    Attorneys for Defendant
    TERRACYCLE, INC.

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

DEFENDANT TERRACYCLE, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

## CERTIFICATION OF SERVICE

I hereby certify that on October 2, 2025, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

*/s/ Craig J. Mariam*

**CRAIG J. MARIAM**

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA  90071

-18-